# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHARLES ALLEN HOUSE,       )    NO. CV 12-7026 GHK (FMO)
           Petitioner,   )
                      )
         v.         )    **JUDGMENT**
                      )
UNITED STATES OF AMERICA, <u>et al.</u>,   )
           Respondents.   )
                      )

     IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   <u>     1/16   </u>, 2013.

                                I   _____
                                          GEORGE H. KING
                       CHIEF UNITED STATES DISTRICT JUDGE