**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES ALLEN HOUSE, | ) | NO. CV 12-7026 GHK (SS) |
| Plaintiff, | ) | **AMENDED ORDER ACCEPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS** |
| UNITED STATES OF AMERICA, et al., | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | ) | **AND VACATING PRIOR ORDER** |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. However, the Court files this Amended Order to correct the Court's January 16, 2013 prior Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, which erroneously ordered that judgment shall be entered dismissing this action with prejudice.

**IT IS ORDERED** that the January 16, 2013 prior Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge is hereby VACATED.

**IT IS FURTHER ORDERED** that Judgment shall be entered dismissing this action without prejudice.

The Clerk shall serve copies of this Amended Order and the Amended Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 3/19/13

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE