1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHARLES ALLEN HOUSE,              )   NO. CV 12-7026 GHK (SS)
                                       )
12              Plaintiff,             )
                                       )
13        v.                           )        **AMENDED JUDGMENT**
                                       )
14   UNITED STATES OF AMERICA, et al., )
                                       )
15              Defendants.            )
                                       )
16   _____)

17

18        Pursuant to the Court's Amended Order Accepting Findings,

19   Conclusions and Recommendations of United States Magistrate Judge and

20   Vacating Prior Order,

21

22        IT IS ORDERED that the prior Judgment filed on January 16, 2013

23   dismissing this action with prejudice is VACATED; and

24   \\

25   \\

26   \\

27   \\

28   \\

1       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

2  without prejudice.

3

4  DATED: 3/19/13

5                                     _____

6                                     GEORGE H. KING
                                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28